IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DALLAS HEATH PAYNE,

      Plaintiff,

v.                                        CASE NO. 5:13-cv-189-RS-GRJ

PATRICK AND JOHNSON,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 22) and Petitioner's Objections (Doc. 27).  I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The claims against Defendant Patrick are **DISMISSED** for failure to comply with an order of the Court and for failure to prosecute.

**ORDERED** on April 9, 2014.

                                /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**