IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DALLAS HEATH PAYNE,**

    **Plaintiff,**

**v.**                                    **CASE NO. 5:13-cv-00189-RS-GRJ**

**PATRICK and JOHNSON,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 41). No objections were filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Plaintiff's Notice of Voluntary Dismissal (Doc. 39) is **GRANTED**. Defendant's Motion to Compel (Doc. 40) is **DENIED** as moot. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on September 8, 2014.

                                          <u>/S/ Richard Smoak</u>
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**